UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ANDERSEN

MAGISTRATE JUDGE NOLAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 00 CR 104 |
| v. | ) | Violations: Title 18, United States Code, |
| | ) | Sections 924(c), 2113(a) and (d), and 2 |
| CHRISTOPHER PATTERSON, | ) | |
| KHOSHAL AZAMI, and | ) | |
| MAHMOOD MERAKAI | ) | |

FILED

JUN 13 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DOCKETED

JUN 14 2000

COUNT ONE

The SPECIAL January 1999-2 GRAND JURY charges:

On or about December 4, 1998, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PATTERSON,
KHOSHAL AZAMI, and
MAHMOOD MERAKAI,

defendants herein, by force and violence, and by intimidation, took from the person and presence of a bank employee approximately $106,000 belonging to, and in the care, custody, control, management, and possession of, TCF Bank, 4250 North Lincoln Avenue, the deposits of which were insured by the Federal Deposit Insurance Corporation, and in committing such offense,

CHRISTOPHER PATTERSON,
KHOSHAL AZAMI, and
MAHMOOD MERAKAI,

defendant herein, assaulted and put in jeopardy the lives of a bank employee and customers by the use of a dangerous weapon, namely, a handgun;

In violation of Title 18, United States Code, Sections 2, 2113(a) and 2113(d).

21

COUNT TWO

The SPECIAL January 1999-2 GRAND JURY further charges:

On or about June 10, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PATTERSON,
KHOSHAL AZAMI and
MAHMOOD MERAKAI,

defendants herein, by force and violence, and by intimidation, attempted to take from the person and presence of bank employees funds belonging to, and in the care, custody, control, management, and possession of, TCF Bank, 4250 North Lincoln Avenue, the deposits of which were insured by the Federal Deposit Insurance Corporation, and in committing such offense,

CHRISTOPHER PATTERSON,
KHOSHAL AZAMI, and
MAHMOOD MERAKAI,

defendant herein, assaulted and put in jeopardy the lives of bank employees and customers by the use of a dangerous weapon, namely, a handgun;

In violation of Title 18, United States Code, Sections 2, 2113(a) and 2113(d).

COUNT THREE

The SPECIAL January 1999-2 GRAND JURY further charges:

On or about December 4, 1998, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PATTERSON, and
MAHMOOD MERAKAI

defendant herein, used and carried and brandished a firearm, namely a handgun, during and in relation to the commission of a crime of violence, namely a bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully described in Count One of this indictment, which crime may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT FOUR

The SPECIAL January 1999-2 GRAND JURY further charges:

On or about June 10, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER PATTERSON, and
MAHMOOD MERAKAI,

defendant herein, used and carried and brandished a firearm, namely a handgun, during and in relation to the commission of a crime of violence, namely an attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully described in Count Two of this indictment, which crime may be prosecuted in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

[signature]
FOREPERSON

[signature]
ACTING UNITED STATES ATTORNEY

No. 00 CR 104

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

CHRISTOPHER PATTERSON, KHOSHAL AZAMI, and MAHMOOD MERAKAI

# INDICTMENT

Violation(s): Title 18, United States Code, Sections 924(c), 2113(a) and (d), and 2

A true bill,

William Peterson

Foreman

Filed in open court this 13th day of June, A.D. ~~19~~ 2000

MICHAEL W. DOBBINS

Clerk

Bail, $____________