FILED

JAN 31 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 00 CR 104-2 |
| | ) | |
| v. | ) | Judge Anderson |
| | ) | |
| KHOSHAL AZAMI, | ) | |
| | ) | |
| Defendant. | ) | |

DOCKETED

FEB - 3 2003

**PARTIAL RELEASE OF JUDGMENT LIEN**

A fine and restitution order was imposed upon Khoshal Azami on November 13, 2001. A judgment lien was filed by the United States against Azami Khoshal for the amount of the fine and restitution on March 20, 2002 as Document Number 0020314964 at the Cook County Recorder's office. The United States hereby releases any interest it may have by virtue of the judgment lien in the property commonly known as 6900 North Ridge, Unit C, Chicago, Illinois 60645, which is legally described in Attachment A. This partial release applies to no other property or assets of Khoshal Azami other than specifically identified in this release.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-3736

77

6900 North Ridge Avenue, Unit C
Chicago, Illinois

**Permanent Real Estate Index Number: 11-31-120-042-0000**

**Parcel 1:**

The West 19.83 feet of the East 39.66 feet of that part of the South 46.90 feet of the North 227.10 feet, as measured at right angles, lying West of a line drawn perpendicular to the South Line of said North 227.10 feet, from a point on said South Line of the North 227.10 feet which is 47.89 feet West, as measured along said South Line, of the Westerly Line of North Ridge Boulevard, of the East 175 feet (measured on the North Line of Lot 1 and the South Line of Lot 2 to a line running parallel to Ridge Boulevard) of Lots 1 and 2 in Smith's Addition to Rogers Park, a Subdivision in the Northwest 1/4 of Section 31, Township 41 North, Range 14 East of the Third Principal Meridian, in Cook County, Illinois.

**Parcel 2:**

Easements appurtenant to and for the benefit of Parcel 1 as set forth in Declaration of Covenants and Easements dated January 14, 1960 and recorded January 28, 1960 as Document 1906258 and as created by deed recorded September 13, 1960 as Document 1941963, for ingress and egress.